## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Michael Ryan

                        Plaintiff,

v.                                                        Case No.: 1:15−cv−02134

                                                                     Honorable John Z. Lee

CitiMortgage, Inc.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 25, 2015:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 8/25/15. Defendant reports that the case has settled. This case is dismissed without prejudice; the dismissal will become with prejudice in 30 days; if necessary the parties have 30 days to reinstate the case. Civil case terminated.Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.